MELISSA W. COOK, ESQ.; SBN 134791
mwccoast@aol.com
KERRY K. FENNELLY, ESQ.; SBN 232621
kkfennelly@sbcglobal.net
MELISSA W. COOK & ASSOCIATES
3444 Camino del Rio North, Suite 106
San Diego, California 92108
Telephone: (619) 280-4302
Facsimile: (619) 280-4304

ENTERED   JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.<br><br>Plaintiffs,<br><br>v.<br><br>W. C. BROWN WELDING, INC., aka WC BROWN STEEL,<br><br>Defendant. | Case No. EDCV 07-00272 SGL (OPx)<br><br>JUDGMENT<br><br>Hearing Date: March 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1<br>Hon. Stephen G. Larson<br>Complaint Filed: March 7, 2007<br>Trial Date: May 20, 2008 |

This action came on hearing before the Court, on March 31, 2008, Honorable Stephen G. Larson, United States District Judge, Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiffs, CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION TRUST, CALIFORNIA FIELD IRON WORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST and IRONWORKERS WORKER'S

1  COMPENSATION TRUST shall recover from Defendant, W.C. BROWN WELDING,
2  INC. aka WC BROWN STEEL the sum of $237,410.55 in unpaid Contributions,
3  $74,030.15 in unpaid liquidated damages, $68,814.28 in unpaid interest and $2,968.66
4  for audit fees incurred for a total of $383,223.64 plus reasonable attorney's fees and
5  litigation costs.  Plaintiffs shall submit to the Court an Application to Tax Cost pursuant
6  to Local Rule 54-3 and an Application for attorney's fees pursuant to Local Rule 54-12.
7         Judgment is entered this 3rd day of April, 2008.

9  DATED:  April 3, 2008

10                                    STEPHEN G. LARSON
                                      UNITED STATES DISTRICT JUDGE