1  MELISSA W. COOK, ESQ.; SBN 134791
   mwccoast@aol.com
2  KERRY K. FENNELLY, ESQ.; SBN 232621
   kkfennelly@sbcglobal.net
3  MELISSA W. COOK & ASSOCIATES
   3444 Camino del Rio North, Suite 106
4  San Diego, California 92108
   Telephone:  (619) 280-4302
5  Facsimile:  (619) 280-4304

6  Attorneys for Plaintiffs

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10 CALIFORNIA IRONWORKERS          )    Case No. EDCV 07-00272 SGL
   FIELD PENSION TRUST, et al.     )    (OPx)
11                                 )
                 Plaintiffs,       )    ORDER AWARDING ATTORNEY
12                                 )    FEES
                                   )
13      v.                         )
                                   )
14 W. C. BROWN WELDING, INC., aka  )
   WC BROWN STEEL,                 )
15                                 )
                 Defendant.        )
16                                 )
                                   )
17 _____)

18      Before the Court is plaintiffs' motion for attorney fees.  The Court deems this

19 matter appropriate for decision without oral argument.  See Fed. R. Civ. P. 78; Local Rule

20 7-15.  Accordingly, the hearing set for June 16, 2008, is removed from the Court's

21 calendar.

22      In connection with this motion, plaintiffs seek an award of attorney fees pursuant

23 to 29 U.S.C. § 1132(g)(2)(D), in the amount of $18,626.25, and an award of post-

24 judgment interest pursuant to 29 U.S.C. § 1132(g)(2)(B) in the rate specified in 28 U.S.C.

25 § 1961 (available at <<http://www.federalreserve.gov/releases/h15/current/>>).

26      No timely opposition to the motion has been filed.  The Court deems the failure to

27 file timely opposition as consent to the granting of the motion.  See Central District L.R.

28 7-12.

KKF/ldt/ED07CV00272SGL_O.wpd

[Proposed] Order                                    Case No. EDCV 07-272 SGL (OPx)

1    Accordingly, plaintiffs' motion for attorney fees is **GRANTED**. The Court awards

2  attorney fees to plaintiffs, to be paid by defendant, in the amount of $18,626.25.  The

3  Court also awards post-judgment interest to plaintiffs, to be paid by defendant, in amount

4  calculated based on the rate set forth in 28 U.S.C. § 1961.

5

6  DATED:  June 12, 2008

7

8    STEPHEN G. LARSON
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KKF/ldt/ED07CV00272SGL_O.wpd

[Proposed] Order                                                    Case No. EDCV 07-272 SGL (OPx)